UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 07 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>          Plaintiff - Appellee,<br><br>  v.<br><br>ROBERT M. MORANO,<br><br>          Defendant - Appellant. | No. 19-35556<br><br>D.C. No. 3:18-cv-00386-HZ<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered October 13, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7